# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FIREBELLY, L.L.C.                                    NO.  2020 CW 0458

VERSUS

DANIEL J. MCGLYNN AND GAVIN                **AUGUST 3, 2020**
J. CUCCIA

---

In Re:    Firebelly, L.L.C., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 655682.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED AS MOOT.** See action issued in **Firebelly, LLC v. McGlynn,** 2019 CA 1025 (La. App. 1st Cir. 11/22/19) declining to exercise supervisory jurisdiction.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT